EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
Attorneys for Defendants

---

| | |
|---|---|
| HENLLER HERNANDEZ and ESTARLING LOPEZ ABREU, on behalf of themselves and others similarly situated<br><br>    Plaintiffs,<br><br>    v.<br><br>DYNASTY VI FOOD CORP., and 50-18 MEAT CORP., dba FOOD DYNASTY SUPERMARKET, MUFEED SIAD, AHMAD ZAHRIYEH, and KIRIAKI KALOUDIS<br><br>    Defendants. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br><br><br><br>Civil Action 12-CV-6104<br><br>STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE PLEAD |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs and Defendants that Defendants' time to answer, move or otherwise plead with respect to the Complaint in this action is hereby extended up to and including March 1, 2013.

_____
Saree Ptak
EDWARDS WILDMAN PALMER LLP
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

_____
Peter H. Cooper
CILENTI & COOPER, PLLC
Attorneys for Plaintiffs
708 Third Avenue, 6th Floor
New York, New York 10017
(212) 209-3933

Dated: February 1, 2013

So ordered, this ____ day of _____, 2013

_____
USDJ