

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Edwin M. Larkin

Partner
+1 212 912 2762
fax +1 866 227 5761
elarkin@edwardswildman.com

April 26, 2013

**VIA ECF**

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

     Re:    Hernandez, et al. v. Dynasty IV Food Corp. Inc., et al.,
            1:12-cv-06104 (DLI) (VVP) (E.D.N.Y.)

Dear Judge Irizarry:

We represent the Defendants in the above-referenced action.  We are writing in response to the
Court's April 25, 2013 Order (the "Order"), and with the consent of the Plaintiffs, on behalf of
all parties.  As requested in the Order, we are advising the Court that both sides agree with
Magistrate Pohorelsky's recommendation and desire that Your Honor approve the settlement.  If
the Court requires anything further or has any questions, the parties are ready to provide the
Court with whatever it requires.

Respectfully submitted,

Edwin M. Larkin

cc:    Peter H. Cooper, Esq.
       Saree Ptak, Esq.

AM 19433574.1

BOSTON • CHICAGO • FT LAUDERDALE • HARTFORD • HONG KONG • LONDON • LOS ANGELES • MADISON NJ
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH